**Affirmed and Opinion Filed May 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01230-CR
No. 05-13-01231-CR

**COY LEE LORANCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-82496-2012, 199-80454-2013**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice FitzGerald

Coy Lee Lorance pleaded guilty before a jury to five counts of sexual assault of a child and three counts of indecency with a child, as alleged in two indictments. *See* TEX. PENAL CODE ANN. §§ 21.11(a)(1), 22.011(a)(2) (West 2011). Appellant also pleaded true to one enhancement paragraph, as to each count. The jury found appellant guilty and the enhancement paragraphs true. The jury assessed punishment on each sexual assault conviction at forty-two years' imprisonment. The jury assessed punishment on each indecency with a child conviction at thirty-one years' imprisonment. On appeal, appellant's attorney filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of

*Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

Do Not Publish
TEX. R. APP. P. 47
131230F.U05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

COY LEE LORANCE, Appellant

No. 05-13-01230-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 199th Judicial District Court of Collin County, Texas (Tr.Ct.No. 199-82496-2012).
Opinion delivered by Justice FitzGerald, Justices Moseley and O'Neill participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered May 5, 2014

/Kerry P. FitzGerald/

KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

COY LEE LORANCE, Appellant

No. 05-13-01231-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the 199th Judicial District
Court of Collin County, Texas (Tr.Ct.No.
199-80454-2013).
Opinion delivered by Justice FitzGerald,
Justices Moseley and O'Neill participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered May 5, 2014

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

-4-